## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

### Bid Protest

| | |
|---|---|
| HENSEL PHELPS CONSTRUCTION CO. | |
| Plaintiff, | Case No. 25-1149 |
| v. | |
| THE UNITED STATES | Judge Ryan T. Holte |
| Defendant. | |

### **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims, Plaintiff, Hensel Phelps Construction Co. ("HPCC"), through its undersigned counsel, hereby submits this Notice of Voluntary Dismissal Without Prejudice.

Dated: August 22, 2025.

Respectfully submitted,

**SMITH CURRIE OLES LLP**

/s/ Jacob W. Scott

Jacob W. Scott
Allison G. Geewax
Mark Emilio S. Abrajano
1921 Gallows Road, Suite 850
Tysons, VA 22182
Telephone: (703) 506-1990
Facsimile: (703) 506-1140
Email: jwscott@smithcurrie.com
Email: aggeewax@smithcurrie.com
Email: msabrajano@smithcurrie.com
*Counsel for Hensel Phelps Construction Co.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2025, a copy of the foregoing Bid Protest Complaint was served upon all parties via the Court's electronic case filing system.

_____
Jacob W. Scott